Proceeding by the People of the State of New York, on the relation of the New York, Ontario & Western Railway Company, against Edwin Wakeman and others, as Assessors, etc. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 126 N. Y. Supp. 1142, 1143.

PEOPLE ex rel. O'CONNELL v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Proceeding by the People of the State of New York, on the relation of Daniel J. O'Connell, against William F. Baker, as Commissioner. S. O'Brien, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SANDNER, Appellant. v. ERSTER SOMBUR KRANKEN UNTERSTUTZUNGS VEREIN, respondent. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Proceeding by the People of the State of New York, on the relation of Etta Sandner, against the Erster Sombur Kranken Unterstutzungs Verein. J. Sanders, for appellant. B. Reass, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. SHAW, Respondent, v. ASSESSORS OF TOWN OF GREENBURGH, Appellants. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Proceeding by the People of the State of New York, on the relation of Albert Shaw, against the Assessors of the Town of Greenburgh for the years 1907 and 1908. No opinion. Motion to resettle order granted. Resettle order on notice before the Presiding Justice. See, also, 126 N. Y. Supp. 1143.

PEOPLE ex rel. UNITED STATES HOTEL CO., Respondent, v. OUDERKIRK et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Proceeding by the People of the State of New York, on the relation of the United States Hotel Company, against Isaac Y. Ouderkirk and others, as Assessors of the Town of Saratoga Springs, and the Village of Saratoga Springs.

PER CURIAM. Order modified, by striking out the extra allowance of costs, and, as so modified, affirmed as to the assessors of the town of Saratoga Springs, without costs. Appeal of the village of Saratoga Springs dismissed. See, also, infra.

PEOPLE ex rel. UNITED STATES HOTEL CO., Respondent, v. OUDERKIRK et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Proceeding by the People of the State of New York, on the relation of the United States Hotel Company, against Isaac Y. Ouderkirk and others, as Assessors of the Town of Saratoga Springs, and the Village of Saratoga Springs.

PER CURIAM. Order modified, by striking out the extra allowance of costs, and, as so modified, affirmed as to the assessors of the town of Saratoga Springs, without costs. Appeal of the village of Saratoga Springs dismissed, on the ground that the order against it was a nullity; it not being a party to the original proceeding, and no motion having been made to correct the order. See, also, supra.

PEOPLE ex rel. WALKER v. AHEARN. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of William H. Walker, against John F. Ahearn, as president, etc. No opinion. Motion granted. Settle order on notice. See, also, 139 App. Div. 88, 123 N. Y. Supp. 845.

PEOPLE ex rel. WALKER, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Proceeding by the People of the State of New York, on the relation of William H. Walker, against John F. Ahearn, as president, etc. H. C. Smyth, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 88, 123 N. Y. Supp. 845.

PEOPLE ex rel. WHITE v. CRANE, Justice. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Frederick E. Crane, a Justice of the Supreme Court. No opinion. Motion denied. See, also, 125 App. Div. 933, 110 N. Y. Supp. 1141; 136 App. Div. 889, 119 N. Y. Supp. 1140.

PEOPLE ex rel. WHITE v. MADDOX, Justice. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Proceeding by the People of the State of New York, on the relation of Josiah J. White, against Samuel T. Maddox, a Justice of the Supreme Court. No opinion. Motion denied. See, also, 136 App. Div. 890, 119 N. Y. Supp. 1140.

PEOPLE ex rel. YOST, Appellant, v. BECKER, Sheriff, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Proceeding by the People of the State of New York, on the relation of Nicholas Hon Yost, against Daniel P. Becker, as Sheriff of Oneida County.

PER CURIAM. Order affirmed, and writ dismissed, without costs.

SPRING, J., dissents, upon the authority of People ex rel. Townsend et al. v. Porter et al, 90 N. Y. 68.

PEPPER, Respondent, v. HENRY SIEGEL CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Robert H. Pepper against the Henry Siegel Company. M. G. Holstein, for appellant. H. L. Brant, for respondent. No opinion. Judgment affirmed, with costs. Order filed.